### Mack A. MCCALLUM, Plaintiff– Appellant,

v.

### STATE OF CALIFORNIA, Defendant–Appellee.

### No. 15-15929

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 2, 2016

Mack A. McCallum, Pro Se

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Mack A. McCallum appeals pro se from the district court's judgment dismissing his action alleging a violation of the ex post

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

facto clause of the United States Constitution. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal on the basis of res judicata, *Headwaters Inc. v. U.S. Forest Serv.*, 399 F.3d 1047, 1051 (9th Cir. 2005), and we affirm.

The district court properly dismissed McCallum's action as barred by the doctrine of res judicata because McCallum's claims were raised against the State of California in his prior federal action which resulted in a final judgment on the merits. *See Stewart v. U.S. Bancorp*, 297 F.3d 953, 956 (9th Cir. 2002).

McCallum's motion, filed September 11, 2015, is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.